**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERTO CACERES DE PAZ,<br>Petitioner,<br><br>v.<br><br>J.L. JAMISON, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:26-cv-05446-JLS |

**ORDER**

**AND NOW**, this 1st day of October 2026, following the government's certification of compliance, Dkt. No. 6, **IT IS HEREBY ORDERED** that the Clerk of Court shall **CLOSE** this case. The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge